UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES SEEGARS,　　　　　　　　　　　　　　Case Number: CV07-03139 MJJ

　　　　　Plaintiff,　　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

　v.

SUZAN HUBBARD et al,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Seegars
Prisoner Id E-16635
P.O. Box 2500
Vacaville, CA 95696-2500

Dated: July 31, 2007

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Edward Butler, Deputy Clerk