IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SEEGARS, <br><br> Petitioner, <br><br> v. <br><br> SUZAN HUBBARD, <br><br> Respondent. | No. C 07-3139 MJJ (PR) <br><br> **ORDER OF DENYING CERTIFICATE OF APPEALABILITY** <br><br> (Docket No. 7) |

Petitioner, a California state prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed, and petitioner has filed a notice of appeal and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is DENIED. The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of appealability. See Asrar, 116 F.3d at 1270.

This order terminates Docket No. 7.

IT IS SO ORDERED.

DATED: 11/07/07

                                          MARTIN J. JENKINS <br>
                                          United States District Judge

G:\PRO-SE\MJJ\HC.07\seegars.dsm.wpd