UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES SEEGARS,

        Plaintiff,

  v.

SUZAN HUBBARD et al,

        Defendant.

Case Number: CV07-03139 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Seegars
Prisoner Id E-16635
P.O. Box 2500
Vacaville, CA 95696-2500

Dated: November 8, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk