JUNE 7, 2008

RECEIVED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

450 GOLDEN GATE AVENUE, 16th FLOOR

SAN FRANCISCO, CA 94102

RE: REQUEST OF FILING FEE WAIVER, DUE TO FINANCIAL HARDSHIP

DEAR MR. RICHARD W. WIEKING, CLERK

MY NAME IS JAMES SEEGARS, CASE NO. 3:07-CV-03139-MJJ, CASE TITLE: SEEGARS V HUBBARD

I SENT A FORMAL REQUEST FOR 'FILING FEE WAIVER' TO THE DIRECTOR, ADMINISTRATIVE OFFICE OF THE U.S. DISTRICT COURTS, WASHINGTON D.C. I RECEIVED A THIRD AND FINAL NOTICE - APPEAL FEE PAST DUE NOTICE YESTERDAY, JUNE 6, 2008.

I'VE PROMPTLY RESPONDED AS THE NOTICE DIRECTED, AND SENT MY REQUEST TO WASHINGTON, D.C. THIS LETTER IS TO INFORM YOU OF THE STATUS OF MY 'FILING FEE' REQUIREMENT.

I CURRENTLY FACE EXTREME HARDSHIP FINANCIALLY, AS I'M UNABLE TO AFFORD THE REQUIRED FILING FEE. I HAVE BEEN INCARCERATED IN CALIFORNIA DEPARTMENT OF CORRECTIONS SINCE 1987.

THE ISSUES RAISED IN MY APPEAL DO WARRANT COMPLETE LITIGATION IN THE UNITED STATES DISTRICT COURT.

THANK YOU FOR YOUR TIME AND CONSIDERATION. I LOOK FORWARD TO YOUR REPLY AND PRAY THAT MY FILING FEE WAIVER REQUEST BE GRANTED.

*James Seegars*
SINCERELY,

JAMES SEEGARS E-16635
630 1-29L
P.O. BOX 9
AVENAL, CA 93204