FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 20 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES SEEGARS, <br><br> Petitioner - Appellant, <br><br> v. <br><br> SUZAN HUBBARD, <br><br> Respondent - Appellee. | No. 07-17132 <br><br> D.C. No. CV-07-03139-MJJ <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  BERZON and N. R. SMITH, Circuit Judges.

The request for a certificate of appealability is denied.  *See* 28 U.S.C. § 2253(c)(2).

CLA/COA