**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

July 1, 2008

CASE NUMBER:     **CV 07-03139 MJJ**
CASE TITLE:     **JAMES SEEGARS-v- SUZAN HUBBARD**
DATE MANDATE FILED:   7/1/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                       Sincerely,

                       RICHARD W. WIEKING, Clerk

                  by: *Sheila Rash*
                      Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                           U.S. Marshal (Copy of Mandate)
                           U.S. Probation Office

NDC App-16