July 29, 2008

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

District Court/Agency: **USDC Northern California (San Francisco)**
Lower Court Number: CV-07-03139-MJJ
Appeal Number: 07-17132
Short Title: Seegars v. Hubbard

**FILED**
AUG 1 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | Volumes | | |
|---|---|---|---|
| Clerk's Records in: | 1 | 0 | Certified Copies |
| Reporters Transcripts in: | 0 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.